

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2019

No. 04-18-00771-CV

Gail **GILLETTE**,
Appellant

v.

Stephen **GRAVES**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI03140
Honorable Richard Price, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Appellee's Brief is GRANTED. The appellee's brief is due on July 24, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court